**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Eriez Manufacturing Co., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  1:20-cv-157 |
| | ) | |
| v. | ) | |
| | ) | |
| Timothy G. Shuttleworth, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF NEUTRAL**

A Mediation session was held in the above-captioned matter on November 11, 2020.

The case (please check one):

____**X**_____  has resolved

_____  has resolved in part (see below)

_____  has not resolved.

The parties request that a follow up conference with the Court should be scheduled

within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the

claims(s)/parties that remain:

_____

_____

Date:  November 12, 2020                    /s/David B. White, Esquire_____
                                                                 Signature of Neutral