IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIEZ MANUFACTURING CO.,<br> Plaintiff | )<br>)<br>) |
|    v. | )   CASE NO. 1:20-cv-157-CB<br>) |
| TIMOTHY G. SHUTTLEWORTH,<br> Defendant/Counterclaim Plaintiff | )<br>)<br>) |
|    v. | )<br>) |
| ERIEZ MANUFACTURING CO.,<br> Counterclaim Defendant | )<br>)   ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL

Plaintiff and counterclaim defendant ERIEZ MANUFACTURING CO., by its attorneys, MacDonald, Illig, Jones & Britton LLP, and defendant and counterclaim plaintiff TIMOTHY G. SHUTTLEWORTH, by his attorneys, Bracken Lamberton LLC, hereby stipulate as follows, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

  1. All claims in the Amended Complaint filed by plaintiff Eriez Manufacturing Co. against defendant Timothy G. Shuttleworth shall be dismissed, with prejudice.

  2. All claims in the First Amended Counterclaim filed by counterclaim plaintiff Timothy G. Shuttleworth against counterclaim defendant Eriez Manufacturing Co. shall be dismissed, with prejudice.

  3. Each party shall bear his/its own costs, attorneys' fees, and expenses.

Respectfully submitted,


_s/ Roger H. Taft_
Roger H. Taft, Esq.
PA Bar No. 19983
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7603
rtaft@mijb.com

Attorneys for Plaintiff and Counterclaim Defendant
    Eriez Manufacturing Co.



BRACKEN LAMBERTON, LLC


_s/ Charles A. Lamberton_
Charles A. Lamberton, Esq.
PA I.D. No. 78043
Robert A. Bracken, Esq.
PA I.D. No. 206095
707 Grant Street
Gulf Tower, Suite 1705
Pittsburgh, PA  15219
(412) 258-2250
cal@lambertonlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
    Timothy G. Shuttleworth